TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
LISA A. TILLMAN (Cal. SBN 126424)
Special Assistant United States Attorney
    Program Litigation 1
    Social Security Administration | Law & Policy
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: 410-965-5909
    Lisa.A.Tillman@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ROBIN MARIE COLICE, | Case No. 5:25-cv-02651-SP |
|---|---|
| Plaintiff, | |
| vs. | JUDGMENT RE VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(G) |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Having approved the parties' joint stipulation to voluntary remand

pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE

[Proposed] Judgment Re Remand                                          Page 1

COURT ADJUDGES AND DECREES that judgment be entered for Plaintiff.

Dated this 9th day of March, 2026.



_____

United States Magistrate Judge